# EXHIBIT C

# Littler

**INVOICE**

| | |
|---|---|
| **DATE:** | June 30, 2020 |
| **CLIENT:** | AT&T INC. |

**Privileged & Confidential**

| | |
|---|---|
| **CLIENT MATTER NUMBER:** | 061317.1600 |
| **MATTER:** | SWBT/WILLIAMS, ADRIAN V. AT&T COMMUNICATIONS. |
| **BILLING ATTORNEY:** | |
| **INVOICE:** | 5253283 |
| **CLAIM#:** | 69912 |



*Payment due upon receipt*

**DATE:** June 30, 2020  Invoice No. 5253283

Page 2

**CLIENT MATTER NUMBER:** 061317.1600

**CLIENT:** AT&T INC.

**MATTER:** SWBT/WILLIAMS, ADRIAN V. AT&T COMMUNICATIONS.

**Legal Services for the Period Ending May 31, 2020**

### L210   Pleadings
### A103   Draft/revise

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/20 | AKM | Begin drafting response to Plaintiff's motion for leave to amend. | 2.40 | 960.00 |
| 05/08/20 | AKM | Draft introduction and factual and procedural background sections of response in opposition to plaintiff's motion to amend pleadings. | 2.00 | 800.00 |
| 05/11/20 | AKM | Continue drafting argument of response in opposition to plaintiff's motion to amend pleadings. | 4.50 | 1,800.00 |
| 05/13/20 | AKM | Complete draft of Response to Motion for Leave to Amend. | 3.30 | 1,320.00 |
| 05/14/20 | AKM | Revise draft of Response to Plaintiff's Motion for Leave to Amend ■■■■ | 1.00 | 400.00 |
| 05/15/20 | AKM | Finalize response and appendix for filing. | 1.30 | 520.00 |

| | | |
|---|---|---|
| **DATE:** | June 30, 2020 | Invoice No. 5253283 |
| | | Page 3 |
| **CLIENT MATTER NUMBER:** | 061317.1600 | |
| **CLIENT:** | AT&T INC. | |
| **MATTER:** | SWBT/WILLIAMS, ADRIAN V. AT&T COMMUNICATIONS. | |

## Fees Summary

| Timekeeper | | Hours | Rate | Fees |
|---|---|---|---|---|
| Arrissa K. Meyer | Shareholder | ▉ | 400.00 | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | | ▉ | | ▉ |